# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael R. Musser<br>      Valerie D. Musser, pka Valerie D. Wolfe<br><br>                  Debtor(s) | BK NO. 17-05130 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as Servicer for Matrix Financial Services Corporation and index same on the master mailing list.

                                                               Respectfully submitted,


                                            **/s/James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            412-430-3594