```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 17-05130-HWV
Michael R. Musser                                                Chapter 13
Valerie D. Musser
       Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRatchfor         Page 1 of 2         Date Rcvd: Jan 30, 2018
                              Form ID: ntcnfhrg       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db/jdb        +Michael R. Musser,    Valerie D. Musser,   719 Old Silver Spring Road,
                Mechanicsburg, PA 17055-2882
5002611      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
5002613       +Bureau of Account Management,    3607 Rosemont Ave,   Suite 502,   Camp Hill, PA 17011-6943
5002614       +Cbusasears,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
5002616       +Citibank/Shell Oil,   Citicorp Srvs/ Centralized Bankruptcy,    Po Box 790040,
                St Louis, MO 63179-0040
5002617       +Citibank/Sunoco,   Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
                St Louis, MO 63179-0040
5002620      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit,    National Bankruptcy Service Center,
                Po Box 62180,   Colorado Springs, CO 80962)
5002618       +Fed Loan Servicing,   Po Box 60610,    Harrisburg, PA 17106-0610
5002619       +First National Bank,    Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
                Omaha, NE 68102-1593
5004302       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
5002621        Geisinger Holy Spirit,    PO Box 983034,   Boston, MA 02298-3034
5002625        Publisher's Clearing House,    PO Box 6345,   Harlan, IA 51593-1845
5009734        U.S.Department of Education,    C/O FedLoan Servicing,   P.O.Box 69184,
                Harrisburg PA 17106-9184
5002630        West Shore Family Dentistry,    40 N. 36th Street,   Camp Hill, PA 17011-2709
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5002615       +E-mail/Text: kzoepfel@credit-control.com Jan 30 2018 19:01:03      Central Loan Admin & R,
                425 Phillips Blvd,   Ewing, NJ 08618-1430
5002622       +E-mail/Text: cio.bncmail@irs.gov Jan 30 2018 19:00:44      Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
5002623       +E-mail/Text: Bankruptcies@nragroup.com Jan 30 2018 19:01:28      National Recovery Agency,
                2491 Paxton St,   Harrisburg, PA 17111-1036
5003094       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 19:08:50
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5002626       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:29      SYNCB/Texaco,   Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
5002627       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:13      Synchrony Bank,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
5002628       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:29      Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
5002629       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:29      Synchrony Bank/Care Credit,
                Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
5002631       +E-mail/Text: bankruptcy@xfcu.org Jan 30 2018 19:00:40      Xceed Financial Fcu,   888 N Nash St,
                El Segundo, CA 90245-2826
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5002612*     +Bank Of America,    Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
5002624*     +National Recovery Agency,    2491 Paxton St,   Harrisburg, PA 17111-1036
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                             Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    Matrix Financial Services Corporation
           bkgroup@kmllawgroup.com
          Stephen Wade Parker    on behalf of Debtor 1 Michael R. Musser Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          Stephen Wade Parker    on behalf of Debtor 2 Valerie D. Musser Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael R. Musser
Valerie D. Musser
pka Valerie D. Wolfe

Chapter 13

Case No. 1:17−bk−05130−HWV

Debtor(s)

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**March 7, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 14, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 30, 2018 |