```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 17-05130-HWV
Michael R. Musser                                             Chapter 13
Valerie D. Musser
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: PRatchfor           Page 1 of 2          Date Rcvd: Jan 30, 2018
                               Form ID: pdf002           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db/jdb         +Michael R. Musser,   Valerie D. Musser,    719 Old Silver Spring Road,
                 Mechanicsburg, PA 17055-2882
5002611       #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
5002613        +Bureau of Account Management,    3607 Rosemont Ave,   Suite 502,   Camp Hill, PA 17011-6943
5002614        +Cbusasears,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
                 Saint Louis, MO 63179-0040
5002616        +Citibank/Shell Oil,   Citicorp Srvs/ Centralized Bankruptcy,   Po Box 790040,
                 St Louis, MO 63179-0040
5002617        +Citibank/Sunoco,   Citicorp Credit Card/Centralized Bankrup,   Po Box 790040,
                 St Louis, MO 63179-0040
5002620       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court:   Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,   Colorado Springs, CO 80962)
5002618        +Fed Loan Servicing,   Po Box 60610,   Harrisburg, PA 17106-0610
5002619        +First National Bank,   Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
5004302        +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
5002621         Geisinger Holy Spirit,   PO Box 983034,   Boston, MA 02298-3034
5002625         Publisher's Clearing House,   PO Box 6345,   Harlan, IA 51593-1845
5009734         U.S.Department of Education,   C/O FedLoan Servicing,   P.O.Box 69184,
                 Harrisburg PA 17106-9184
5002630         West Shore Family Dentistry,   40 N. 36th Street,   Camp Hill, PA 17011-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5002615        +E-mail/Text: kzoepfel@credit-control.com Jan 30 2018 19:01:03      Central Loan Admin & R,
                 425 Phillips Blvd,   Ewing, NJ 08618-1430
5002622        +E-mail/Text: cio.bncmail@irs.gov Jan 30 2018 19:00:45      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
5002623        +E-mail/Text: Bankruptcies@nragroup.com Jan 30 2018 19:01:28      National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
5003094        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 19:08:50
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5002626        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:29      SYNCB/Texaco,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
5002627        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:29      Synchrony Bank,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
5002628        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:29      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
5002629        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:13      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
5002631        +E-mail/Text: bankruptcy@xfcu.org Jan 30 2018 19:00:40      Xceed Financial Fcu,   888 N Nash St,
                 El Segundo, CA 90245-2826
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5002612*       +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
5002624*       +National Recovery Agency,   2491 Paxton St,   Harrisburg, PA 17111-1036
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Matrix Financial Services Corporation
           bkgroup@kmllawgroup.com
          Stephen Wade Parker    on behalf of Debtor 1 Michael R. Musser Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          Stephen Wade Parker    on behalf of Debtor 2 Valerie D. Musser Mooneybkecf@gmail.com,
           wade@swparkerlaw.com;r61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Michael R. Musser**
**Valerie D. Musser**

CHAPTER 13
CASE NO.

■ ORIGINAL PLAN
____ AMENDED AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 10, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

    A. **Plan Payments From Future Income**

    1. To date, the Debtor paid $ **0.00** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**8,880.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | | Total Payment |
|---|---|---|---|---|---|
| 01/18 | 12/21 | 185.00 | 0.00 | 185.00 | 8,880.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $8,880.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one*.
☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Central Loan Admin & R | 719 Old Silver Spring Road Mechanicsburg, PA 17055 Cumberland County purchased June 2016; purchase price $95000; appraisal value $100,000.00 | 3000080662208 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*
■ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*
■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*
■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*
■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:17-bk-05130-HWV    Doc 8    Filed 12/15/17    Entered 12/15/17 10:06:23    Desc
Main Document    Page 2 of 4
Case 1:17-bk-05130-HWV    Doc 18    Filed 02/01/18    Entered 02/02/18 00:46:18    Desc
Imaged Certificate of Notice    Page 4 of 6

3.  PRIORITY CLAIMS.

    A.  **Administrative Claims**

        1.  <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2.  <u>Attorney's fees</u>. Complete only one of the following options:
            - ■ In addition to the retainer of $ __172.00__ already paid by the Debtor, the amount of $ __3,828.00__ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).
            - ☐ $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

        3.  <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
            *Check one of the following two lines.*

        ■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

    B.  **Priority Claims (including, but not limited to, Domestic Support Obligations other than those treated in § 3.C below).** *Check one of the following two lines.*

        ☐ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

        ■ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 10.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service | $3,800.00 |

    C.  ***Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).*** *Check one of the following two lines.*

        ■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4.  UNSECURED CLAIMS

    A.  **Claims of Unsecured Nonpriority Creditors Specially Classified.**
        *Check one of the following two lines.*

        ■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    B.  **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES. *Check one of the following two lines.*

    ■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6.  VESTING OF PROPERTY OF THE ESTATE.

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:*

3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 1:17-bk-05130-HWV    Doc 8    Filed 12/15/17    Entered 12/15/17 10:06:23    Desc
                     Main Document        Page 3 of 4
Case 1:17-bk-05130-HWV    Doc 18    Filed 02/01/18    Entered 02/02/18 00:46:18    Desc
                  Imaged Certificate of Notice    Page 5 of 6

- ■ plan confirmation.
- ☐ entry of discharge.
- ☐ closing of case:

7. **DISCHARGE: (Check one)**

   ■ The debtor will seek a discharge pursuant to § 1328(a).

   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **STUDENT LOANS.**

    The Debtor does not seek to discharge any student loans, with the exception of the following: ____

9. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.
Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level 1:   Adequate protection payments.
Level 2:   Debtor's attorney's fees.
Level 3:   Domestic Support Obligations.
Level 4:   Priority claims, pro rata.
Level 5:   Secured claims, pro rata.
Level 6:   Specially classified unsecured claims.
Level 7:   Timely general unsecured claims.
Level 8:   Untimely filed general unsecured claims to which the Debtor has not objected.

10. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

| Dated: | **December 15, 2017** | **/s/ Stephen Wade Parker** |
| | | **Stephen Wade Parker 315606** |
| | | Attorney for Debtor |
| | | |
| | | **/s/ Michael R. Musser** |
| | | **Michael R. Musser** |
| | | Debtor |
| | | |
| | | **/s/ Valerie D. Musser** |
| | | **Valerie D. Musser** |
| | | Joint Debtor |

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 10.

4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Case 1:17-bk-05130-HWV    Doc 8    Filed 12/15/17    Entered 12/15/17 10:06:23    Desc
                           Main Document         Page 4 of 4
Case 1:17-bk-05130-HWV    Doc 18    Filed 02/01/18    Entered 02/02/18 00:46:18    Desc
                     Imaged Certificate of Notice    Page 6 of 6