```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-05130-HWV
Michael R. Musser                                               Chapter 13
Valerie D. Musser
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: PRatchfor          Page 1 of 1          Date Rcvd: May 02, 2019
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.
5019957        +Matrix Financial Services Corporation,    c/o Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Flagstar Bank, FSB as servicer for Matrix
               Financial Services Corporation ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    Matrix Financial Services Corporation
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Matrix Financial Services Corporation
               bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 1 Michael R. Musser Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Valerie D. Musser Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-05130-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael R. Musser
719 Old Silver Spring Road
Mechanicsburg PA 17055

Valerie D. Musser
719 Old Silver Spring Road
Mechanicsburg PA 17055

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/02/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: Matrix Financial Services Corporation, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

Matrix Financial Services Corporation
Flagstar Bank, FSB
5151 Corporate Drive
Troy , Michigan 48098-2639
Matrix Financial Services Corporation
Flagstar Bank, FSB

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/04/19

Terrence S. Miller
**CLERK OF THE COURT**