IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MICHAEL R. MUSSER | CHAPTER 13 |
| VALERIE MUSSER | CASE NO.: 1:17-bk-05130 |
| DEBTORS | |

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Debtors Michael R. Musser and Valerie Musser for the above referenced case.

By: *Nicholas G. Platt*
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: June 28, 2021