United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael R. Musser  
Valerie D. Musser  
    Debtors

Case No. 17-05130-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 20, 2022      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael R. Musser, Valerie D. Musser, 719 Old Silver Spring Road, Mechanicsburg, PA 17055-2882 |
| 5002613 | + | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5002618 | + | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 5002619 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 5182547 | + | Flagstar Bank, FSB as servicer for Matrix Financia, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 5002621 | | Geisinger Holy Spirit, PO Box 983034, Boston, MA 02298-3034 |
| 5193831 | | Matrix Financial Services Corporation, Flagstar Bank, FSB, 5151 Corporate Drive, Troy , Michigan 48098-2639 |
| 5193832 | + | Matrix Financial Services Corporation, Flagstar Bank, FSB, 5151 Corporate Drive, Troy , Michigan 48098-2639, Matrix Financial Services Corporation Flagstar Bank, FSB 48098-2639 |
| 5019957 | + | Matrix Financial Services Corporation, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5004302 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 5002625 | | Publisher's Clearing House, PO Box 6345, Harlan, IA 51593-1845 |
| 5009734 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 5002630 | | West Shore Family Dentistry, 40 N. 36th Street, Camp Hill, PA 17011-2709 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5002611 | + | EDI: BANKAMER.COM | Jan 20 2022 23:53:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 5002614 | + | EDI: CITICORP.COM | Jan 20 2022 23:53:00 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5002615 | + | Email/Text: clientservices@credit-control.com | Jan 20 2022 18:47:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5002616 | + | EDI: CITICORP.COM | Jan 20 2022 23:53:00 | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5002617 | + | EDI: CITICORP.COM | Jan 20 2022 23:53:00 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 5002620 | | EDI: FORD.COM | Jan 20 2022 23:53:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 5002622 | + | EDI: IRS.COM | Jan 20 2022 23:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5002623 | + | Email/Text: Bankruptcies@nragroup.com | Jan 20 2022 18:47:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5025777 | | EDI: PRA.COM | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 20 2022 23:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5003094 | + | EDI: RECOVERYCORP.COM | Jan 20 2022 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5023746 | | EDI: Q3G.COM | Jan 20 2022 23:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5002626 | + | EDI: RMSC.COM | Jan 20 2022 23:53:00 | SYNCB/Texaco, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5002627 | + | EDI: RMSC.COM | Jan 20 2022 23:53:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5002628 | + | EDI: RMSC.COM | Jan 20 2022 23:53:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5002629 | + | EDI: RMSC.COM | Jan 20 2022 23:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5002631 | + | Email/Text: bankruptcyxfcu@kinecta.org | Jan 20 2022 18:47:00 | Xceed Financial Fcu, 888 N Nash St, El Segundo, CA 90245-2826 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5002612 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 5002624 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Flagstar Bank FSB as servicer for Matrix Financial Services Corporation ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor Matrix Financial Services Corporation ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor Matrix Financial Services Corporation bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Matrix Financial Services Corporation ecfmail@mwc-law.com |
| Nicholas G. Platt | on behalf of Debtor 1 Michael R. Musser ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Valerie D. Musser ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael R. Musser <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–3365 <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Valerie D. Musser <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–2639 <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–05130–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael R. Musser

Valerie D. Musser
pka Valerie D. Wolfe

1/20/22

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**